# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 99-51054
## consolidated with No. 00-50061

_____

## AZALEA SMARTT

**Plaintiff - Appellant,**

**versus**

## LAWRENCE H. SUMMERS,
### Secretary of United States Department of Treasury,
### in his Official Capacity as Agency Head

**Defendant - Appellee.**

_____

### Appeals from the United States District Court
### for the Western District of Texas
### (SA-98-CV-990)

_____

## December 8, 2000

**Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.**

**PER CURIAM:**[*]

    **AFFIRMED.**  See 5th Circuit Rule 47.6.

---

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.